*William E. Barrett* for appellant.

*Harold J. Tillou* and *Frederick C. Jenson* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Claim of MARCELLUS REID, Respondent, against PHILIP ROSE, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 3, 1954; decided April 8, 1954.

*H. D. Margulies* and *Harold Kreiger* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown, Roy Wiedersum* and *Gilbert M. Landy* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Construction of the Will of ELIZA M. JENKINS, Deceased. KATHARINE K. JENKINS et al., Appellants; ERNEST F. JENKINS et al., Respondents.

Argued February 23, 1954; decided April 8, 1954.